IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-94-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEONARD JAMES WALKER, III, | ) | |
| | ) | |
| Defendant. | ) | |

On January 28, 2022, the court held a hearing concerning defendant's motion to suppress.

See [D.E. 32]. At the end of the hearing, the court made its findings of fact and conclusions of law

in open court. As explained in open court and incorporated by reference, the court DENIES as

meritless defendant's motion to suppress. See [D.E. 32].

SO ORDERED. This _28_ day of January, 2022.

JAMES C. DEVER III
United States District Judge